JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAHAT MAHFUZ CHOWDHURY,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:25-cv-02634 DSR

JUDGMENT

Honorable Daniel S. Roberts
United States Magistrate Judge

Pursuant to the Court's Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

Dated: August 12, 2026

Honorable Daniel S. Roberts
UNITED STATES MAGISTRATE JUDGE